### Ex Parte Robert Beaty.

No. 3882.   Decided December 15, 1915.

Rehearing denied January 12, 1916.

**Habeas Corpus—Bail—Practice on Appeal.**

Where, ·upon appeal from a judgment denying bail, this court, after considering the record, must affirm the judgment, and adheres to the rule not to discuss the evidence. Following Ex parte Sapp, 179 S. W. Rep., 109.

Appeal from the District Court of Caldwell.   Tried below before the Hon. Frank S. Roberts.

Appeal from a habeas corpus proceeding denying bail.

The opinion states the case.

*E. B. Coopwood, J. K. Freeman,* and *A. E. Holland,* for appellant.— Cited Ex parte Stephenson, 71 Texas Crim. Rep., 380, 160 S. W. Rep., 77.

*C. C. McDonald,* Assistant Attorney General, for the State.

PRENDERGAST, Presiding Judge.—This is an appeal from the judgment of the lower court denying bail.

We have carefully read and considered the statement of facts herein. In addition to a written brief by appellant's attorneys, we also heard their forcible oral argument on the submission of this case. All of which we have duly considered together with all the authorities cited by them.

We adhere to the rule in such cases not to discuss the evidence. We have, however, reached the conclusion that the judgment of the lower court should be, and it is, therefore, affirmed. Ex parte Sapp, 77 Texas Crim. Rep., 400, 179 S. W. Rep., 109.

*Affirmed.*

[Rehearing denied January 12, 1916.—Reporter.]